STATE of Missouri, Respondent,

v.

Roy EWING, Appellant.

No. WD 47908.

Missouri Court of Appeals, Western District.

July 26, 1994.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

### ORDER

*PER CURIAM:*

Defendant appeals conviction of possession of a controlled substance, § 195.202, RSMo Cum.Supp.1993.

The judgment of conviction is affirmed. Rule 30.25(b).